STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**FERNANDO COLON REYES**  Case No. 11-02691-MCF

**WANDA I COLON REYES**  Chapter 13  Attorney Name: MARILYN VALDES ORTEGA*

| I. Appearances | | | Date & Time: 5/2/2011 10:49:00AM |
|---|---|---|---|
| Debtor | [X] Present | [ ] Absent | [X] R   [ ] NR   LV: 0 |
| Joint Debtor | [X] Present | [ ] Absent | [ ] This is debtor(s) 0 Bankruptcy filing. |
| Attorney for Debtor | [X] Present | [ ] Absent | Creditors: |
| [ ] Prose | | | |
| [X] Substitute  A. Medina | | | |

**II. Oath Administered**
  [X] Yes    [ ] No

**III. Plan**

Date: 04/20/2011    Base: $18,000.00    Payments 0 made out of  due.

Confirmation Hearing Date:    6/16/2011  1:30:00PM

Evidence of Pmt shown:    Yes

**Attorney's fees as per R. 2016(b)**
   $3,000.00  -  $160.00  =  $2,840.00

**IV. Status of Meeting**

[X] Closed    [ ] Not Held    [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

**Continued Date:**

**Comments:**

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**FERNANDO COLON REYES**     Case No.   11-02691-MCF

**WANDA I COLON REYES**     Chapter 13    Attorney Name:   **MARILYN VALDES ORTEGA***

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test |    [ ] State - years |
| [ ] Insuarence quote |    [ ] Federal - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |    [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |    [ ] Premises |
| |    [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

1. Mr. Colon to provide evidence of driver's license. The same was suspended due to a penalty, hearing will be held at May 10, 2011, Provide status if the same, since a vehicle will be paid through the plan;

2. Car allowance is $50 weekly, $233 monthly, amend J;

s/Osmarie Navarro      Date:    05/02/2011

Trustee/Presiding Officer      (Rev. 02/11)